In the matter of the estate of Conrad M. Braker. On motion to dismiss the appeal of one Fletcher. Motion granted.

Argued before Ingraham, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

William P. S. Melvin, of New York City, for the motion.

Frederic W. Frost, of New York City, opposed.

---

### In re BRAKER'S ESTATE.

#### Appeal of FLETCHER.

(Supreme Court, Appellate Division, First Department. October 17, 1913.)

1. COURTS (§ 202*)—PROBATE APPEAL—SERVING PAPERS—OPENING DEFAULT.
    The surrogate has no authority to open a default in serving printed papers on appeal to the Appellate Division.
    [Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 480–486; Dec. Dig. § 202.*]

2. APPEAL AND ERROR (§ 633*)—DISMISSAL OF APPEAL—GROUNDS.
    In the absence of a valid reason why the printed papers on appeal to the Appellate Division were not filed and served, a motion to dismiss the appeal will be granted.
    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2772–2774; Dec. Dig. § 633.*]

In the matter of the estate of Conrad Braker. On motion to dismiss Fletcher's appeal. Motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

William P. S. Melvin, of New York City, for the motion.

Frederic W. Frost, of New York City, opposed.

PER CURIAM. [1] The surrogate has no authority to open a default in serving printed papers on appeal to this court. The question whether the default is to be enforced, and whether appellant is to be given more time to file and serve printed papers and perfect the appeal, is for this court.

[2] As no reason is given why the printed papers were not filed, the motion to dismiss the appeal is granted.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes